**FILED**

AUG 0 C 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:11-CR-353-PMP-(RJJ) |
| MARK LAWTON, | ) ) | |
| Defendant. | ) ) | |

### FINAL ORDER OF FORFEITURE

On April 11, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253(a)(1) and (a)(3), based upon the plea of guilty by defendant MARK LAWTON to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and the Bill of Particulars and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant MARK LAWTON pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars for Forfeiture of Property, ECF No. 20; Plea Memorandum, ECF No. 22; Minutes of Change of Plea Proceedings, ECF No. 21; Preliminary Order of Forfeiture, ECF No. 23.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 14, 2012, through May 13, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 25.

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); and Title 18, United States Code, Section 2253(a)(1) and (a)(3) and shall be disposed of
9  according to law:

10  a) any book, magazine, periodical, film, videotape, or other matter which contains any
11  such visual depiction, which was produced, transported, mailed, shipped, or received;
12  computer images, including movie and still image files, depicting a minor engaging
13  in sexually explicit conduct and the diskettes and hard drives on which they are
14  maintained;

15  b) a generic computer containing 3 hard drives; and

16  c) 9 floppy disks ("property").

17  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
18  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
19  any income derived as a result of the United States of America's management of any property forfeited
20  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

21  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
22  certified copies to the United States Attorney's Office.

23  DATED this ___6th___ day of ___August___, 2012.

25  _____
   UNITED STATES DISTRICT JUDGE